COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


ORDER

Appellate case name:     In the Interest of A.L.D.L.

Appellate case number:   01-15-00826-CV

Trial court case number: 14-FD-2183

Trial court:             County Court at Law No. 1 of Galveston County

On November 17, 2015, appellant, P.D., filed an affidavit of indigence in this Court. *See* TEX. R. APP. P. 20.1(a)(2).  The trial court clerk filed the clerk's record in this cause on October 13, 2015, and filed a supplemental clerk's record on indigence on December 9, 2015. The supplemental clerk's record reflects that the trial court clerk received the affidavit of indigence from this Court on November 19, 2015, and that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs.  *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.  *See* TEX. R. APP. P. 20.1(f), (n).

**It is further ORDERED that the court reporter file with this Court, within 20 days of the date of this order and at no cost to appellant, a reporter's record.**

On November 3, 2015, the Clerk of this Court received from appellant a letter that she asks the Court to consider as her brief to decide the appeal. *See* TEX. R. APP. P. 38.6(a). The letter, however, does not meet the requirements for a brief set out in Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Additionally, the letter does not contain either an acknowledgment of service by the person served with a copy of the letter or a certificate of service of the letter on all parties to the termination proceeding. *See* TEX. R. APP. P. 9.5(a) (requiring service of documents on parties to proceeding), (d) (requiring document to include proof of service on parties to proceeding), (e) (setting out

requirements of certificate of service). **Accordingly, appellant is ORDERED to file her appellant's brief complying with the applicable Texas Rules of Appellate Procedure, including rules 9.5 and 38.1, within 20 days of the date a reporter's record is filed in this Court**. *See* TEX. R. APP. P. 38.1, 38.6(a).

Appellee's brief, if any, is due within 20 days of the date that appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of September 28, 2015, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (West 2013). **Accordingly, no extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
          ☒ Acting individually    ☐ Acting for the Court

Date: December 11, 2015